FILED

2022 Jan-24 PM 08:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| DeMya Johnson, | |
| *Plaintiff,* | Case No. 5:20-cv-02056-LCB |
| **v.** | |
| **Charter Communications, Inc.,** | Hon. Liles C. Burke |
| *Defendant.* | |

## CERTIFICATION OF COUNSEL

I, Jacob U. Ginsburg, Esq. hereby certify as follows:

1.      I am an adult resident of the Commonwealth of Pennsylvania.

2.      I am attorney at Kimmel & Silverman, PC in Ambler, Pennsylvania.

3.      I am counsel of record for Plaintiff, DeMya Johnson.

4.      I am admitted, *pro hac vice,* to the U.S. District Court for the Northern District of Alabama for this case.

5.      On this date, January 24, 2022, I caused to be filed a Motion for Leave to Amend Complaint and Memorandum and Exhibits in support of same (Doc. Nos. 35 and 36).

6.      I now file as Exhibit 1 to the Motion for Leave to Amend a proposed Second Amended Complaint.

WHEREFORE, on this date January 24th of 2022, in Ambler, Pennsylvania, I, Jacob U. Ginsburg hereby certify the foregoing is true and correct subject to penalty of perjury.

SO CERTIFIED:

*/s/ Jacob U. Ginsburg*
JACOB U. GINSBURG