FILED

2022 Jan-24  PM 08:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Exhibit J**

**Audio File to be Transmitted to Chambers via Email and US Mail**